IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| Rajfa Saric, an individual; Damir Saric, an individual; Hasan Saric, an individual; Ismet Sharich, an individual <br>         Plaintiffs, <br><br> v. <br><br> Thomas Dart, Sheriff of Cook County; Deputy Sheriff Robert Romero; Deputy Sheriff Israel Villasenor; Deputy Sheriff Wanda E. Munoz; Deputy Sheriff Marvin Marin; Cook County; The Bank of New York Mellon FKA The Bank of New York as Trustee for the Benefit of the Certificate Holders of the CWABS Inc., Asset-Backed Certificates, Series 2004-5; Carrington Mortgage Services, LLC; Wirbicki Law Group; Carmen Lupera, an individual <br><br>         Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:23-cv-02031 <br><br> Judge: Honorable Joan B. Gottschall <br><br> Magistrate Judge: Honorable Jeffrey Cummings |

## ROUTINE MOTION FOR APPOINTMENT OF SPECIAL PROCESS SERVER

Now comes Plaintiffs, Rajfa Saric, an individual; Damir Saric, an individual; Hasan Saric, an individual; and Ismet Sharich, an individual, ("Plaintiffs") by and through its attorneys, Stephen G. Daday and Nathan Buikema of Klein, Daday, Aretos and O'Donoghue, LLC, and move this Honorable Court for the appointment of a special process server pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure. In support of their motion, Plaintiffs state as follows:

1.  This matter was filed on March 30, 2023.

2.  On April 11, 2023, Plaintiffs sent requests for waivers of service of process, copies of the issued summonses and copies of the filed complaint to the defendants.

3.  Plaintiffs have received waivers of service for The Bank of New York Mellon FKA The Bank of New York as Trustee for the Benefit of the Certificateholders

            of the CWABS Inc., Asset-Backed Certificates, Series 2004-5, Carrington Mortgage Services, LLC, and Wirbicki Law Group LLC.

4. Appearances have been filed for the following parties: Thomas Dart, Sheriff of Cook County; Deputy Sheriff Robert Romero; Deputy Sheriff Israel Villasenor; Deputy Sheriff Marvin Marin; however, Plaintiffs have been notified that the attorney who has appeared for these parties, Rowland Arthur Edwards, is no longer employed by the Office of the Cook County States Attorney.

5. The attorney who has apparently assumed the responsibility for the files that were being handled by Rowland Arthur Edwards has not responded to Plaintiffs' counsel's emails about the representation of Deputy Sheriff Wanda E. Munoz or the completion of the waivers of service of summons.

6. Pursuant to Rule 4(c)(3) of the Federal Rules of Civil Procedure, at plaintiff's request the court may order that service be made by a person specially appointed by the court.

7. Plaintiffs seek to appoint the following non-party licensed private detective to effectuate service of process on the parties that have not appeared in this matter or returned waivers of service of summons:

    Edward D. Sonne, Jr. & Associates
    6221 James Street
    Tinley Park, IL 60477
    License Number 117-001047

    WHEREFORE, Plaintiff respectfully requests that this Honorable Court enter an order appointing Edward D. Sonne, Jr. & Associates to act as a special process server in this matter.

                                            Respectfully Submitted,
                                            Plaintiffs

                                            /s/ Nathan Buikema_____
                                            By One of Their Attorneys

Stephen G. Daday (IL Bar - 3127015)
Nathan Buikema (IL Bar - 6302969)

Klein, Daday, Aretos, & O'Donoghue, LLC
Attorneys for Plaintiff
1051 Perimeter Dr., Suite 300
Schaumburg, IL 60173
(847) 590-8700
(847) 590-9825 (fax)
kdaonotices@kdaolaw.com
sdaday@kdaolaw.com
nbuikema@kdaolaw.com