## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Rajfa Saric, et al.
                    Plaintiff,

v.                                                       Case No.: 1:23−cv−02031
                                                           Honorable Joan B. Gottschall

Thomas Dart, et al.
                    Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, June 14, 2023:

      MINUTE entry before the Honorable Joan B. Gottschall: Defendants Carrington Mortgage Services, LLC, and the Bank of New York Mellon are advised that no action may be taken until all notifications as to affiliates required by Local Rule 3.2 have been filed. All notifications as to affiliates required by Local Rule 3.2 must be filed on or before 6/20/2023. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.