## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Rajfa Saric, et al.

                                Plaintiff,

v.                                                    Case No.: 1:23−cv−02031
                                                         Honorable Joan B. Gottschall

Thomas Dart, et al.

                                Defendant.

### NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, June 22, 2023:

      MINUTE entry before the Honorable Joan B. Gottschall: The deadline [20] for defendants Carrington Mortgage Services, LLC, and the Bank of New York Mellon to file a notice of affiliates has come and gone, and nothing has been filed. These defendants must file notices of affiliates on or before 6/23/2023. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.