**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| Rajfa Saric, an individual; Damir Saric, an individual; Hasan Saric, an individual; Ismet Sharich, an individual, | )<br>)<br>)<br>) |
| Plaintiffs, | )  Case No. 1:23-cv-02031<br>) |
| v. | )  Honorable Judge Joan B. Gottschall<br>)<br>)  Honorable Magistrate Judge Jeffrey |
| Thomas Dart, Sheriff of Cook County; Deputy Sheriff Robert Romero; Deputy Sheriff Israel Villasenor; Deputy Sheriff Wanda E. Munoz; Deputy Sheriff Marvin Marin; Cook County; The Bank of New York Mellon FKA The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2004-5; Carrington Mortgage Services, LLC; Wirbicki Law Group LLC; Carmen Lupera, an individual, | )  Cummings<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1 and N.D. Ill. Local Rule 3.2, Defendants, The Bank of New York Mellon FKA The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2004-5 and Carrington Mortgage Services, LLC, by their attorneys, hereby submit this Disclosure Statement, and state:

1.    The Bank of New York Mellon (f/k/a/ "The Bank of New York") as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2004-5 is acting solely as trustee for the benefit of the certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2004-5 trust.

2. The CWABS Inc., Asset-Backed Certificates, Series 2004-5 trust is a publicly traded asset securitization trust.

3. The Bank of New York Mellon is wholly owned by The Bank of New York Mellon Corporation, a publicly traded company incorporated in Delaware.

4. Carrington Mortgage Services, LLC is a Delaware limited liability company. Carrington Mortgage Services, LLC's members are Carrington Holding Company, LLC and Carrington Investment Partners, L.P. Carrington Holding Company, LLC is a Delaware limited liability company, whose sole member is The Carrington Companies, LLC. Carrington Investment Partners, L.P. is a Delaware limited partnership, whose general partner is Carrington Capital Management, LLC. Carrington Capital Management, LLC is a Delaware limited liability company, whose members are Carrington Holding Company, LLC and a private individual. The Carrington Companies, LLC is a Delaware limited liability company. There are no publicly held corporations holding stock in the amount of 5% or more in The Carrington Companies, LLC.

5. There are no other entities, not a party to this case, which may have a financial interest in the outcome of this litigation.

Dated: June 23, 2023

Respectfully submitted,

The Bank of New York Mellon FKA The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2004-5 and Carrington Mortgage Services, LLC

By: */s/ Daniel S. Miller*
Ernest P. Wagner
Daniel S. Miller
**Maurice Wutscher LLP**
105 W. Madison Street, Suite 603
Chicago, Illinois 60602
Tel. (312) 416-6170

                                                Fax  (312) 284-4751
                                                dmiller@mauricewutscher.com

## CERTIFICATE OF SERVICE

The undersigned declares under penalty of perjury that, on the 23rd of June, 2023, copies of this **CORPORATE DISCLOSURE STATEMENT** were served on the parties listed below via CMS/ECF and electronic mail as follows:

Stephen G. Daday
Nathan Buikema
Klein, Daday, Aretos & O'Donoghue, LLC
1051 Perimeter Dr., Ste. 300
Schaumburg, IL 60173
Email: sdaday@kdaolaw.com
Email: nbuikema@kdaolaw.com
*Attorneys for Plaintiffs*

Johnathon C. Koechley
Matthew R. Henderson
Hinshaw & Culbertson LLP
151 North Franklin Street, Suite 2500
Chicago, IL 60606
Email: jkoechley@hinshawlaw.com
Email: mhenderson@hinshawlaw.com
*Attorneys for Wirbicki Law Group LLC*

Rowland Edwards
Cook County State's Attorney's Office
50 W. Washington, Room 500
Chicago, Illinois 60602
Email: rowland.edwards@cookcountyil.gov
*Attorneys for Sheriff Dart, Officers Romero, Villasenor, and Marin*

                                                  /s/ *Daniel S. Miller*
                                                Daniel S. Miller

Dated:  June 23, 2023