

# United States District Court
# Northern District of Illinois

In the Matter of

Rajfa Saric, et al,             District Judge Jorge L. Alonso

v.            Case No. 23-CV-2031

Thomas Dart, et al,            Designated Magistrate Judge Jeffrey Cummings

### TRANSFER OF CASE TO THE EXECUTIVE COMMITTEE FOR A REASSIGNMENT

I recommend to the Executive Committee that the above captioned case be reassigned by lot to another judge of this Court. The reasons for my recommendation are indicated on the reverse of this form.

*/s/ Joan B. Gottschall*

**Judge Joan B. Gottschall**

Date: Wednesday, July 5, 2023

---

### ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned by lot to the calendar of an individual judge of this Court in accordance with the Rules.

**ENTER**

**FOR THE EXECUTIVE COMMITTEE**

*/s/ Rebecca R. Pallmeyer*

**Chief Judge Rebecca R. Pallmeyer**

Dated: Wednesday, July 5, 2023

District Reassignment - By Lot

- 28:294(b) I transfer this case to the Executive Committee for reassignment to another judge pursuant to the provisions of 28 USC 294(b). The receiving judge will receive equalization credit.

........................................................................................................................................................................................................................................
EXCEPTIONS OR ADDITIONS: