IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS – EASTERN DIVISION

| | | |
|---|---|---|
| Rajfa Saric, an individual; Damir Saric, an individual; Hasan Saric, an individual; Ismet Sharich, an individual <br>       Plaintiffs, <br><br> v. <br><br> Thomas Dart, Sheriff of Cook County; Deputy Sheriff Robert Romero; Deputy Sheriff Israel Villasenor; Deputy Sheriff Wanda E. Munoz; Deputy Sheriff Marvin Marin; Cook County; The Bank of New York Mellon FKA The Bank of New York as Trustee for the Benefit of the Certificate Holders of the CWABS Inc., Asset-Backed Certificates, Series 2004-5; Carrington Mortgage Services, LLC; Wirbicki Law Group; Carmen Lupera, an individual <br><br>       Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | 1:23-cv-02031 <br><br> Judge: Honorable Jorge L. Alonso <br><br> Magistrate Judge: Honorable Jeffrey Cummings |

**JOINT INITIAL STATUS REPORT UNDER RULE 26(f)**

The parties have conferred as required by Rule 26(f), and jointly submit the following discovery plan. See Fed. R. Civ. P. 26(f)(2); Fed. R. Civ. P. 26(f)(3); Fed. R. Civ. P. 16(b). The parties understand that the Court will enter a scheduling order under Rule 16(b)(1), and that the Court will modify any such schedule "only for good cause." *See* Fed. R. Civ. P. 16(b)(4).

**1. Nature of the Case**

    **A. Identify the attorney of record for each party. Note the lead trial attorney and any local counsel.**

    Plaintiffs' Attorney: Stephen G. Daday is lead trial attorney. Klein, Daday, Aretos & O'Donoghue, LLC.

    Defendants' Attorneys:

    The Bank of New York Mellon FKA The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2004-5

("Trustee") and Carrington Mortgage Services, LLC ("CMS"): Maurice Wutscher, LLP. Ernest P. Wagner is lead trial attorney.

Wirbicki Law Group LLC: Hinshaw & Culbertson LLP, Matthew R. Henderson is lead trial attorney.

Thomas Dart, Sheriff of Cook County; Deputy Sheriff Robert Romero; Deputy Sheriff Israel Villasenor; Deputy Sheriff Marvin Marin, Deputy Wanda Munoz and Cook County: James O'Connor has filed an appearance for these parties and is lead trial counsel.

Carmen Lupera has been served but has not filed an appearance.

**B.    Basis Alleged for the Court's Jurisdiction.**

Plaintiffs allege that this Court has jurisdiction over Thomas Dart, Sheriff of Cook County, Deputy Sheriff Robert Romero, Deputy Sheriff Israel Villasenor, Deputy Sheriff Marvin Marin, and Deputy Sheriff Wanda E. Munoz under Sections 28 USC § 1331 and 1343(a)(3) and (4). Plaintiffs allege that the Court has diversity jurisdiction over Defendants The Bank of New York Mellon FKA The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2004-5 and Carrington Mortgage Services, LLC under section 28 USC §1332. Plaintiffs allege that this court has jurisdiction over the remaining defendants due to pendant state law claims under 28 USC § 1367. Jurisdiction is not currently disputed based on the facts as pled, but to the extent necessary, CMS and Trustee reserve the right to challenge Plaintiffs' Article III standing if appropriate at later stages in these proceedings and/or to challenge diversity or supplemental jurisdiction in the event this Court dismisses Plaintiffs' federal law claims.

**2.    Summary of Claims Asserted.**

This lawsuit stems from the alleged unlawful eviction of the plaintiffs who had purchased their home from Trustee through Trustee's alleged agent, CMS, following the completion of a state court foreclosure action that was being appealed by the borrower.

Plaintiffs allege that the appellate court was not advised of the sale of the property during the pendency of the appeal and ultimately reversed the orders that had allowed the original foreclosure sale to Trustee to proceed. On remand, the court in the foreclosure allowed a new foreclosure sale, and the subject property was sold to Carmen Lupera at the second foreclosure sale. Wirbicki Law Group LLC represented Trustee in the state court foreclosure action at the appellate and trial level. Plaintiffs allege that at the request of Carmen Lupera, Deputy Sheriff Robert Romero, Deputy Sheriff Israel Villasenor, Deputy Sheriff Marvin Marin, and Deputy Sheriff Wanda E. Munoz evicted the plaintiffs from their home before Carmen Lupera had obtained an eviction order against the plaintiffs.

Plaintiffs seek damages against Thomas Dart, Sheriff of Cook County, Deputy Sheriff Robert Romero, Deputy Sheriff Israel Villasenor, Deputy Sheriff Marvin Marin, and Deputy Sheriff Wanda E. Munoz for due process and fourth amendment violations under 42 USC § 1983 and common law conversion and trespass. Plaintiffs seek damages against Trustee and CMS for alleged breach of special warranty deed, alleged violations of the Illinois Consumer Fraud and Deceptive Business Practices Act, alleged conversion, and alleged trespass. Plaintiffs seek damages against Carmen Lupera for conversion and trespass. Plaintiffs seek damages against Wirbicki Law Group LLC for civil aiding and abetting the allegedly wrongful acts of Trustee and CMS.

3. **Relief Sought – Itemization of Damages**

Plaintiffs seek compensatory damages in excess of $100,000.00 for violation of their constitutional rights, property damage, emotional distress and attorney fees and costs incurred in the state court matter and this matter.

4. **Status of Pending Motions**

Defendants The Bank of New York Mellon FKA The Bank of New York as Trustee for the Benefit of Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2004-

5, Carrington Mortgage Services, LLC and Wirbicki Law Group LLC have filed motions to dismiss, and briefing schedules have been set by the Court.

5. **Discovery**

Plaintiffs expect issues obtaining the cooperation of Carmen Lupera in the discovery process. Additionally, Defendants The Bank of New York Mellon FKA The Bank of New York as Trustee for the Benefit of Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2004-5, Carrington Mortgage Services, LLC and Wirbicki Law Group LLC have filed motions to dismiss Plaintiffs' complaint. Plaintiffs request that discovery not commence until after the motions to dismiss have been ruled upon.

6. **Jury Demands**

Plaintiffs have demanded a jury trial.

7. **Settlement Discussions**

The parties have not engaged in settlement discussions since this lawsuit was filed.

8. **Consent**

The parties are unable to provide unanimous consent to proceeding before the assigned Magistrate Judge because plaintiffs do not expect to receive cooperation from Carmen Lupera.

Plaintiffs

 /s/ Stephen G. Daday
By One of Their Attorneys

Stephen G. Daday (IL Bar - 3127015)
Klein, Daday, Aretos, & O'Donoghue, LLC
Attorneys for Plaintiff
1051 Perimeter Dr., Suite 300
Schaumburg, IL 60173
(847) 590-8700
(847) 590-9825 (fax)
kdaonotices@kdaolaw.com
sdaday@kdaolaw.com

The Bank of New York Mellon FKA The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2004-5 and Carrington Mortgage Services, LLC

/s/ Kevin M. Hudspeth
Kevin Hudspeth
Ernest Wagner
Daniel S. Miller
Maurice Wutscher LLP
105 W. Madison Street, 6th Floor
Chicago, IL 60602


Wirbicki Law Group LLC

/s/ Matthew R. Henderson
Matthew R. Henderson
Johnathon Koechley
Hinshaw & Culbertson LLP
151 N. Franklin Street, Ste. 2500
Chicago, IL 60606
mhenderson@hinshawlaw.com
jkoechley@hinshawlaw.com

Thomas Dart, Sheriff of Cook County, Deputy Sheriff Robert Romero, Deputy Sheriff Israel Villasenor, Deputy Sheriff Marvin Marin, Deputy Sheriff Wanda E. Munoz and Cook County

/s/ James O'Connor
James O'Connor
Cook County States Attorneys Office
500 Richard J. Daley Center
Chicago, IL 60602