IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| RAJFA SARIC, AN INDIVIDUAL, *et al.*, | ) Case No. 1:23-cv-02031 |
| | ) |
| Plaintiffs, | ) Hon. Jorge L. Alonso |
| | ) District Judge Presiding |
| v. | ) |
| | ) Hon. Jeffrey Cummings |
| THOMAS DART, SHERIFF OF COOK COUNTY, *et al.*, | ) Magistrate Judge Presiding |
| | ) |
| | ) |
| Defendants. | ) |

**UNOPPOSED MOTION FOR SUBSTITUTION OF COUNSEL FOR DEFENDANTS THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATE HOLDERS OF THE CWABS INC., ASSET-BACKED CERTIFICATES, SERIES 2004-5 AND CARRINGTON MORTGAGE SERVICES, LLC**

Defendants, The Bank of New York Mellon fka The Bank of New York as Trustee for the Benefit of the Certificateholders of the CWABS Inc., Asset-Backed Certificates, Series 2004-5 ("BNYM") and Carrington Mortgage Services, LLC ("Carrington") (collectively, the "BNYM Defendants"), by and through the undersigned counsel and pursuant to LR 83.17, hereby respectfully move this Court to substitute Kevin M. Hudspeth and the law firm of Dinsmore & Shohl LLP as counsel for the BNYM Defendants for the reasons set forth below.

1. Ernest P. Wagner and Daniel S. Miller and the law firm of Maurice Wutscher LLP currently represent the BNYM Defendants in this matter.

2. The BNYM Defendants wish for Kevin M. Hudspeth and the law firm of Dinsmore & Shohl LLP to represent them in this matter.

3. This Motion is not made for any improper purpose and will not delay trial or any scheduled hearings or otherwise require postponement of any deadlines pending in this matter.

4. No party with an appearance on file in this matter objects to this Motion.

WHEREFORE the BNYM Defendants request that this Court allow Kevin M. Hudspeth and the law firm of Dinsmore & Shohl LLP to appear in this matter on their behalf and to allow Ernest P. Wagner and Daniel S. Miller and the law firm of Maurice Wutscher LLP to withdraw their appearances.

Respectfully submitted,

| | |
|---|---|
| */s/ Kevin M. Hudspeth* | */s/* Ernest P. Wagner |
| Kevin M. Hudspeth (6294652) | Ernest P. Wagner (6270781) |
| DINSMORE & SHOHL LLP | MAURICE WUTSCHER LLP |
| 255 East Fifth Street, Suite 1900 | 105 W. Madison Street, Suite 603 |
| Cincinnati, Ohio 45202 | Chicago, Illinois 60602 |
| Tel: (513) 977-8461 | Tel: (312) 416-6170 |
| Fax: (513) 977-8141 | Fax: (312) 284-4751 |
| Email: kevin.hudspeth@dinsmore.com | Email: ewagner@mauricewutscher.com |