AFFIDAVIT OF SPECIAL PROCESS SERVER
Attorney File:


*43399*

## UNITED STATES DISTRICT COURT- NORTHERN DISTRICT OF ILLINOIS

RAJFA SARIC; DAMIR SARIC; HASAN SARIC; ISMET SARIC

VS.

THOMAS DART, SHERIFF OF COOK COUNTY; DEPUTY SHERIFF ROBERT ROMERO; DEPUTY SHERIFF ISRAEL VILLASENOR; DEPUTY SHERIFF WANDA E. MUNOZ; DEPUTY SHERIFF MARVIN MARIN; COOK COUNTY; THE BANK OF NEW YORK MELLON FKA THE BANK OF NEW YORK, AS TRUSTEE FOR THE BENEFIT OF THE CERTIFICATEHOLDERS OF THE CWABS, INC., ASSET BACKED CERTIFICATES, SERIES 2004-5; CARRINGTON MORTGAGE SERVICES, LLC; WIRBICKI LAW GROUP, LLC; CARMEN LUPERA

COURT NO.: 1:23 CV 002031

DOCUMENTS: SUMMONS IN A CIVIL CASE & COMPLAINT

I, **MATTHEW SONNE**, being first duly sworn on oath, deposes and states that service of the above documents was made in the following manner, that I am over the age of 18 and not a party to this action.

**DEFENDANT / ENTITY SERVED: CARMEN LUPERA**

**ADDRESS OF SERVICE: 3051 W. POPE JOHN PAUL II, # 1, CHICAGO, IL 60632.**

**Abode Service:** By leaving the documents at his/her usual place of abode with, **JANET GUANANGA, MOTHER**, a member of the household, over the age of 13, and informed that person of the contents thereof on **06/07/2023**, @ **1:55 PM**. I further mailed a copy of said documents in a sealed envelope with postage prepaid address to the defendant, **CARMEN LUPERA**, at his/her usual place of abode on **06/09/2023**.

The approximate physical description of the person whom the documents were served upon are as follows:

Sex: **Female** Race: **Hispanic** Age: **56** Hair: **Brown** Height: **5'6** Weight: **165**

COMMENTS:

Subscribed and sworn to before me

this **June 09, 2023**

Notary Public

MATTHEW SONNE
Edward D. Sonne, Jr. & Associates, Inc.
6221 James Street
Tinley Park, IL 60477
Agency Lic. No.: 117-001047

OFFICIAL SEAL
DAWN M SONNE
NOTARY PUBLIC, STATE OF ILLINOIS
MY COMMISSION EXPIRES: 03/15/2027