# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Rajfa Saric, et al.

                                          Plaintiff,

v.                                                                    Case No.: 1:23–cv–02031
                                                                      Honorable Jorge L. Alonso

Thomas Dart, et al.

                                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, April 10, 2024:

        MINUTE entry before the Honorable Jorge L. Alonso: Status hearing held. No one appears on behalf of Defendant Carmen Lupera. For the reasons stated on the record, Plaintiffs' Motion for default against Carmen Lupera [54] is granted. Default is entered against Defendant Carmen Lupera pursuant to FRCP55(a) for failure to answer or otherwise plead. Notice mailed by Judge's staff (lf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.