# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Rajfa Saric, et al.

                          Plaintiff,

v.                                                       Case No.: 1:23−cv−02031
                                                             Honorable Jorge L. Alonso

Thomas Dart, et al.

                          Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, June 10, 2024:

      MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has reviewed the parties' 6/10/2024 joint status report [68], which indicates that fact discovery is proceeding according to this Court's schedule. By 7/25/2024, the parties shall file a joint status report setting forth what discovery has been completed since 6/10/2024, what discovery remains, including a list of scheduled and unscheduled depositions, a proposed expert discovery schedule, if needed, and whether any discovery disputes require the Court's attention. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.