## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Eastern Division

Rajfa Saric, et al.
        Plaintiff,

v.                 Case No.: 1:23−cv−02031
                Honorable Jorge L. Alonso

Thomas Dart, et al.
        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 31, 2024:

  MINUTE entry before the Honorable Jeannice W. Appenteng: The Court has reviewed the 7/25/2024 joint status report [72], which was incorrectly presented to the District Judge. Going forward, all discovery−related filings must be presented to the Magistrate Judge. The Court grants the parties' request to extend fact discovery to 10/30/2024; this deadline will not be extended absent a motion filed by 10/16/2024 demonstrating good cause and extraordinary circumstances. The Court sets the following expert discovery schedule: (1) plaintiff shall disclose his expert report(s) by 11/29/2024; (2) defendants shall disclose their expert report(s) by 1/8/2025; and (3) all expert depositions shall be completed by 3/11/2025. By 8/30/2024, the parties shall file a joint status report setting forth: (1) what additional discovery has been completed; (2) what discovery remains, including a list of depositions (scheduled and unscheduled); and (3) whether any discovery disputes require the Court';s attention. Mailed notice. (kl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.